IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERTA J. HESS,<br><br>Plaintiff,<br><br>vs.<br><br>THE NEBRASKA MEDICAL CENTER, a Nebraska nonprofit corporation;<br><br>Defendant. | 8:17CV340<br><br>JUDGMENT |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Motion for Summary Judgment, ECF No. 32, filed by Defendant The Nebraska Medical Center is granted;

2. This action is dismissed, with prejudice; and

3. The parties will bear their own attorney fees and costs.

Dated this 9th day of April 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge